PITE DUNCAN, LLP                                                  E-Filed on 12/1/09
STEVEN W. PITE (NV Bar #008226)
EDDIE R. JIMENEZ (NV Bar #10376)
JACQUE A. GRUBER (NV Bar #11385)
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (702) 413-9692
Facsimile: (619) 590-1385
E-mail:  ecfnvb@piteduncan.com

ABRAMS & TANKO, LLLP
MICHELLE L. ABRAMS (NV Bar #005565)
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Attorneys for  Secured GMAC MORTGAGE LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Bankruptcy Case No. BK-N-09-51315-GWZ<br>Chapter 7 |
| STEVEN FRANK NICHOLS AND<br>LORRAINE MARIE NICHOLS, | |
| | GMAC MORTGAGE LLC'S NOTICE OF<br>ENTRY OF ORDER |
| Debtor(s). | |

## NOTICE OF ENTRY OF ORDER

NOTICE IS HEREBY GIVEN that on September 1, 2009, an Order was entered in the

above-entitled matter, a copy of which is enclosed herewith and served on the following parties:

SEE ATTACHED SERVICE LIST

Dated: December 1, 2009                    /s/ Jacque A. Gruber
                                           4375 Jutland Drive, Suite 200
                                           P.O. Box 17933
                                           San Diego, CA 92177-0933
                                           (702) 413-9692
                                           NV Bar #11385
                                           Attorney for GMAC MORTGAGE LLC

## SERVICE LIST

### DEBTOR(S)

Steven Frank Nichols
Lorraine Marie Nichols
1806 Mathe Drive
Carson City, NV 89701

### DEBTOR(S) ATTORNEY

Ernest E. Adler
412 N Division Street
Carson City, NV 89703

### CHAPTER 7 TRUSTEE

Marianne Eardley
P.O. Box 460
Elko, NV 89803

### U.S. TRUSTEE

U.S. Trustee - RN - 7
300 Booth Street, Suite 2129
Reno, NV 89509

### LIENHOLDER(S)

Ditech.com DBA GMAC
c/o Servicing Agent and/or Managing Agent
P.O. Box 79135
Phoenix, AZ 85062-9135

Ditech.com DBA GMAC
c/o Servicing Agent and/or Managing Agent
P.O. Box 79135
Phoenix, AZ 85062-9135

1

2

3

4

5  **Entered on Docket**
   **September 01, 2009**

6

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

7   PITE DUNCAN, LLP
8   STEVEN W. PITE (NV Bar #008226)
    EDDIE R. JIMENEZ (NV Bar #10376)
9   JACQUE A. GRUBER (NV Bar #11385)
    4375 Jutland Drive, Suite 200
10  P.O. Box 17933
    San Diego, CA 92177-0933
11  Telephone: (858) 750-7600
    Facsimile: (619) 590-1385
12  E-mail: ecfnvb@piteduncan.com

13  ABRAMS & TANKO, LLLP
    MICHELLE L. ABRAMS (NV Bar #005565)
14  3085 S. Jones Blvd., Suite C
    Las Vegas, NV 89146

15  Attorneys for  Secured Creditor GMAC MORTGAGE LLC

16

17              UNITED STATES BANKRUPTCY COURT

18                  DISTRICT OF NEVADA

19  In re                              Bankruptcy Case No. BK-N-09-51315-GWZ

20  STEVEN FRANK NICHOLS AND           Chapter 7
    LORRAINE MARIE NICHOLS,
21                                     GMAC MORTGAGE LLC'S ORDER
22          Debtor(s).                 TERMINATING AUTOMATIC STAY
                                       Date:   August 25, 2009
23                                     Time:   10:00 A.M.

24

25          A hearing on Secured Creditor GMAC Mortgage LLC's Motion for Relief From

26  the Automatic Stay came on regularly for hearing in the United States Bankruptcy Court

27  before the Honorable Gregg W. Zive.

28  /././

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

Relief from the automatic stay of 11 United States Code section 362 is hereby granted as it applies to the real property commonly known as 1806 Mathe Drive, Carson City, Nevada 89701, which is legally described as:

> PARCEL 95 AS SHOWN ON THE PARCEL MAP FOR M.G. STAFFORD, INC., FILED FOR RECORD IN THE OFFICE OF THE RECORDER OF CARSON CITY, NEVADA ON JUNE 2, 1990, IN BOOK 6, PAGE 1802, AS DOCUMENT NO. 101590.

APPROVED/DISAPPROVED

_____
MARIANNE EARDLEY
TRUSTEE

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

/././

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐    The court has waived the requirement of approval under LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐    Approved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☐    Disapproved. - Debtor(s)/Debtor(s)'------ Attorney/Trustee

☒    Failed to respond. - Trustee

### 

Submitted by:

/s/ EDDIE R. JIMENEZ
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
(858) 750-7600
NV Bar #10376
Attorney for GMAC MORTGAGE LLC